THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL CASE NO. 1:12-cr-00058-MR-DLH

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| CLYDE ALLEN NIXON. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 15].

For cause shown, the Court will grant the Government's motion.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 15] is **GRANTED**, and the Bill of Indictment [Doc. 3] in the above-captioned case is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: November 6, 2012

Martin Reidinger
United States District Judge